IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEO JOE CHAVEZ,

        Plaintiff,

v.                                               No. CV 17-1128 CG

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
Social Security Administration,

        Defendant.

## ORDER AWARDING ATTORNEY FEES UNDER EAJA

**THIS MATTER** is before the Court on Plaintiff's *Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act*, (Doc. 23), filed October 9, 2018. The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that attorney fees be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), ("EAJA"), payable to Plaintiff in the amount of $5,660.18. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED THAT**, if Plaintiff's counsel receives attorney fees and costs under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

                                        _____
                                        THE HONORABLE CARMEN E. GARZA
                                        CHIEF UNITED STATES MAGISTRATE JUDGE